IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ALREE B. SWEAT III,**

    Plaintiff,

v.                                          No. 15-cv-0226 RB/SMV

**CITY OF LAS CRUCES,**
**JAIME MONTOYA, MIRANDA BAKER,**
**PAUL LUJAN, and FNU SANCHEZ,**

    Defendants.

### ORDER

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. [Doc. 2]. Because the Court grants the application, the filing fee for this civil rights complaint is $350. Based on the information about Plaintiff's financial status, the Court will waive an initial partial payment pursuant to 28 U.S.C. § 1915(b)(1). Plaintiff is required to pay the full amount of the filing fee pursuant to § 1915(b)(1). Failure to comply with this order may result in dismissal of the complaint without further notice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2] is **GRANTED**, and the initial payment is **WAIVED**;

**IT IS FURTHER ORDERED** that Plaintiff file monthly financial certificates and make monthly payments of twenty per cent (20%) of the preceding month's income credited to his account or show cause why the payment should be excused; and the Clerk is directed to provide Plaintiff with two copies of the post-filing financial certificate.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**