IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALREE B. SWEAT III,

    Plaintiff,

 v.                                                              No. 15-cv-0226 RB/SMV

CITY OF LAS CRUCES,
JAIME MONTOYA, MIRANDA BAKER,
PAUL LUJAN, and FNU SANCHEZ,

    Defendants.

## ORDER REGARDING DEFENSE OF QUALIFIED IMMUNITY

    THIS MATTER is before the Court on Defendants' Amended Answer to (Plaintiff's) Prisoner's Civil Rights Complaint, filed October 1, 2015. [Doc. 39]. Defendants have raised the affirmative defense of qualified immunity. Accordingly, no discovery will be permitted at this time. *See Workman v. Jordan*, 958 F.3d 332, 336 (10th Cir. 1992). Because the Court believes this defense may be meritorious, Defendants are hereby ORDERED to file their motion on qualified immunity by January 15, 2016, or show cause why they cannot.

    IT IS SO ORDERED.

                                                                   **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**